## Eilert R. Oeltjen, George D. Warnsing, Harmon Warnsing and Homer J. Tice v. The People, etc., for the use of the County of Menard.

1. COUNTY TREASURER—*Official Report Binding upon His Sureties.* —The official report of a county treasurer is binding upon him as well as the sureties upon his official bond. Neither can contradict it.

Debt, upon a county treasurer's bond. Appeal from the Circuit Court of Menard County; the Hon. CYRUS EPLER, Judge, presiding. Heard in this court at the May term, 1895. Affirmed. Opinion filed November 15, 1895.

N. W. BRANSOM, attorney for appellants.

T. W. McNEELY and CHAS. NUSBAUM, attorneys for appellees.

MR. JUSTICE WALL DELIVERED THE OPINION OF THE COURT.
This case was here at a former term. 56 Ill. App. 138.

The judgment, which was for the defendants, was reversed upon the merits for reasons stated in the opinion then filed.

Another trial resulted in a judgment for the plaintiffs, from which the present appeal is prosecuted.

The evidence and the defense thereon, so far as discussed in the former opinion, seem to be precisely as before, and we are not disposed to modify the views then expressed.

There also appears in this record the official report of the treasurer, filed December 22, 1893, showing the amount in his hands November 30, 1893.

According to repeated rulings of the Supreme Court this report is binding upon the sureties as well as the principal. Neither he nor they can contradict it.

However, as we held in the former opinion, the facts set up by way of defense do not amount to a contradiction of the report, even if contradiction were admissible. The judgment will be affirmed.